**SEALED**  RULE 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 MAY -3 A 10:38

07-126

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PJM-07-0201 |
| AARON BURROUGHS, | * FILED UNDER SEAL    DEPUTY |
| Defendant | * |
| ******* | |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under Rule 20)

FILED
MAY 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Aaron Burroughs, defendant, have been informed that an Information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia, in which I am held, and to waive trial in the above captioned District.

Dated: 4/27/ , 2007

_____
(Defendant)

_____
(Witness)

_____
Counsel for Defendant

Approved

| | |
|---|---|
| Rod J Rosenstein /MWS | Jeffrey A. Taylor /MM/MWS |
| United States Attorney for the District of Maryland | United States Attorney for the District of Columbia |

RULE 20
Category A
Plea to Information
Rule 20 from: MD.

SEALED RULE 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 APR 30 P 2 45
CLERK'S OFFICE
AT GREENBELT
———— DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM-07-CR-0201 |
| | * | |
| AARON BURROUGHS, | * | (Sexual Exploitation of a Minor, |
| | * | 18 U.S.C. § 2251(a); Aiding and |
| Defendant | * | Abetting, 18 U.S.C. § 2) |
| | * | |

*******

### INFORMATION

FILED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney for the District of Maryland charges that:

Between in or about September 2005 and in or about July 2006, in the District of Maryland and elsewhere, the defendant,

### AARON BURROUGHS,

did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct, to wit, graphic sexual intercourse, for the purpose of producing a visual depiction of such conduct, and said depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

4/30/07
Date

*Rod J. Rosenstein /mws*
Rod J. Rosenstein
United States Attorney

Case Related To 06-316

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

SEALED

Felicia C. Cannon, Clerk　　　　　　　　　　　　　　　　　　　　　　　　Reply to Southern Division Address

May 3, 2007

District of Columbia District Court
Room 12225, ATTN: Criminal Division　　　　　　　　　　　　　　　07-126
333 Constitution Ave, N.W.
Washington, D.C. 20001

      Re:    USA vs. Aaron Burroughs　　　　　　　　　　　　　　　　FILED
             Criminal Case No. PJM -7-CR-0201

Dear Clerk:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAY 1 0 2007

[ ] An Order was filed transferring the above-captioned case to your Court. Enclosed is a certified
copy of the Order and docket entries. Also enclosed are all the original papers.　NANCY MAYER WHITTINGTON, CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

[ ]  On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are
certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment,
and docket entries.

[ X ]   Consent of the Defendant and approval of the United States Attorney having been received,
this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the
original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case
number assigned in your District in the area provided below.

      Thank you for your cooperation and courtesy in this matter.

                                                  Sincerely,

                                                  Felicia C. Cannon, Clerk

                             By:_____
                                     Allan A. Pfautsch
                                     Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____　　　　　　　　Letter transferring case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:07-cr-00201-PJM All Defendants *SEALED*
### Internal Use Only

Case title: USA v. Burroughs

Date Filed: 04/30/2007
Date Terminated: 05/03/2007

Assigned to: Judge Peter J. Messitte

**Defendant**

**Aaron Burroughs** (1)
*TERMINATED: 05/03/2007*

**Pending Counts**                                    **Disposition**

18:2251(a) and 2 Sexual Exploitation of
a Minor, Aiding and Abetting
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

I hereby attest and certify on MAY 3 2007 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By: _____ Deputy

**Plaintiff**

**USA**                          represented by    **Michele Walls Sartori**
                                                   Office of the United States Attorney
                                                   6500 Cherrywood Ln Ste 400
                                                   Greenbelt, MD 20770
                                                   13013444340
                                                   Fax: 13013444516
                                                   Email: michele.sartori@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2007 | 1 | SEALED INFORMATION as to Aaron Burroughs (1) count 1. (aaps, Deputy Clerk) (Entered: 05/01/2007) |
| 04/30/2007 | 2 | Motion and Order to Seal Case as to Aaron Burroughs.. Signed by Judge William Connelly on 4/30/07. (aaps, Deputy Clerk) (Entered: 05/01/2007) |
| 05/03/2007 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to USDC - District of Columbia (aaps, Deputy Clerk) (Entered: 05/03/2007) |
| 05/03/2007 |  | (Court only) ***Staff Notes: Cover Letter to Clerk of Court, certified copy of docket sheet, original Information, and original Motion and Order to Seal Case, and original Consent to Transfer Case (Under Rule 20) mailed to USDC - District of Columbia as to Aaron Burroughs (c/m 5/3/07 aap) (aaps, Deputy Clerk) (Entered: 05/03/2007) |