**SEALED RULE 20**   07-126

**U.S. Department of Justice**   Rule 20 - Transfer Notice

| To: | District | Date |
|---|---|---|
| AUSA Michelle Sartori | District of Maryland | 4/30/07 |
| Name of Subject | Statute Violated | File Data *(Initials and Number)* |
| Aaron Burroughs | 18 U.S.C. §2251(a) | |

### Part A - District of Arrest

X   The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charged pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐   Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

X   Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket no. _____

☐   Other *(Specify)*:

☐   The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea        Date of Sentence        Sentence

**FILED**
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| From (Signature and Title) [signed] Assistant United States Attorney | Address 555 4th St., N.W. Washington, D.C. 20530 |
|---|---|

### Part B - District of Offense

X   I am agreeable to Rule 20 disposition.

☐   I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
*(Kindly notify me of any anticipated delay)*.

X   Enclosed are two certified copies of indictment or information. Docket no. PJM-07-0201

☐   Please have defendant execute waiver of indictment.

☐   Other *(Specify)*: .

| Signature (Name and Title) Michelle W. Sartori Assistant United States Attorney | District District of Maryland | Date 5/2/07 |
|---|---|---|

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - U.S. DISTRICT COURT

| By: | Complaint ___ | Information X | Indictment ___ | Name of District Court, (City) Greenbelt, Maryland Southern Division | 07-126 |

**Offense Charged**

Sexual Exploitation of a Minor; Aiding and Abetting;

SEALED

___ Petty
___ Misdemeanor
X Felony

**Defendant - U.S. vs.**
AARON BURROUGHS

**Address:**

**Birth date:** *
**Male/Female** Male
**Alien (Y/N):** N
* (Optional unless a juvenile)

MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
PJM 07 CR 0204
2007 APR 30   3:45
CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

**Place of offense**
Charles County, MD

**U.S.C. Citation**
18 U.S.C. § 2251(a); 18 U.S.C. § 2;

## Proceeding

**Name of Complainant Agency, Person (& Title, if any) & Phone#**

S/A William McDermott, FBI
Ph: 202-345-9776

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
FRCrP 20 ☐  21 ☐  40 ☐   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Attorney  ☐ Defense    Show Docket #

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under    Magistrate #

**Name & Office of Person furnishing information on this form**
Rod J. Rosenstein
U.S. Attorney

**Name of Asst. U.S. Att'y**  Michele W. Sartori /mws/

**Phone Number:** (301) 344-4340

**Additional Information or comments:**

**Maximum Penalty:** 30 yrs imprisonment, $250,000 fine, Supervised Release - Lifetime.

**Date of offense:** September 2005 - July 2006

**Length of Trial:** 1 week

**HIDTA CASE:** ___ Yes  X No

## Defendant

**IS NOT IN CUSTODY**

1) ___ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges. ▶

2) ___ Is a fugitive

3) ___ Is on bail or release from (show District)

**IS IN CUSTODY**

4) ___ On this charge

5) ___ On another conviction    ___ Federal  ___ State

6) X Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution   DC Jail

Has detainer been filed? Y/N ☐   Date filed ___

Date of Federal arrest ▶   _____   OR

Date Transferred to Federal Custody ▶

☐ Check if plea is expected.

☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

**OCDETF CASE:** ___ Yes  X No