**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

07-126

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 APR 30  P 3: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.: PJM 07 CR 0201 |
| AARON BURROUGHS, | : | |
| Defendant | | |

BY_____DEPUTY

...oooOooo...

FILED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Michele W. Sartori, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Information in the above-captioned matter.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Information be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: *Michele W. Sartori*
Michele W. Sartori
Assistant United States Attorney

**ORDERED** as prayed, this _30th_ day of April, 2007.

_____
United States Magistrate Judge