UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. **07-126 (RJL)** |
| | : | |
| v. | : | VIOLATIONS:   18 U.S.C. § 2423(a) |
| | : | (Transportation of a Minor to Engage in |
| **AARON J. BURROUGHS,** | : | Prostitution); |
| | : | 22 D.C. Code § 3008 |
| **Defendant.** | : | (First Degree Child Sexual Abuse) |
| | : | |

<u>INFORMATION</u>

The United States Attorney for the District of Columbia charges that:

<u>**COUNT ONE**</u>

Beginning on or about August 1, 2005, and continuing until on or about July 31, 2006, in the District of Columbia and elsewhere, **AARON J. BURROUGHS** knowingly transported S.G., a minor under the age of 18, in interstate commerce, that is, from Maryland to the District of Columbia, with the intent that S.G. engage in prostitution.

(**Transportation of a Minor to Engage in Prostitution,** in violation of Title 18, United States Code, Section 2423(a))

## COUNT TWO

On or about July 30-31, 2006, within the District of Columbia, **AARON J. BURROUGHS**, being more than four years older than S.G., a child under 16 years of age, that is, 15 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between S.G.'s mouth and **AARON J. BURROUGHS's** penis.

(**First Degree Child Sexual Abuse,** in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.))

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY: _____

MARY B. McCORD
Assistant United States Attorney
D.C. Bar No. 427563
555 4th Street, N.W., Room 8249
Washington, DC 20530
(202) 514-7092