UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | CRIMINAL NO. 07-126 (RJL) |
| : | Plea Hearing: August 16, 2007 |
| :   : | |
| : | Under Seal |
| : | |
| AARON J. BURROUGHS, : | |
| : | |
| Defendant. : | |

### NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Statement of the Offense be made part of the record in this case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        _____

        MARY B. McCORD
        ASSISTANT UNITED STATES ATTORNEY
        D.C. Bar No.  427563
        555 4th Street, N.W.
        Washington, DC 20530
        (202) 514-7092

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served by electronic mail on counsel for the defendant, Spencer M. Hecht, Esq.,  and Kevin McCants, Esq., this 14th  day of August, 2007.

        _____
        MARY B. McCORD
        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. _____(RJL) |
| | : | Plea Hearing: August 16, 2007 |
| | : | <u>Under Seal</u> |
| AARON J. BURROUGHS, | : | |
| | : | |
| | : | |

STATEMENT OF THE OFFENSE

The United States and Defendant AARON J. BURROUGHS agree and stipulate as follows:

Aaron J. Burroughs was a volunteer assistant football coach at Bowie High School, in Bowie, Maryland, when he met S.G., a student at the school. In the fall of 2005, when S.G. was 14 years old, Burroughs began engaging in sexual acts with S.G., including penetrating her vulva with his penis and causing S.G. to perform oral sex on him. Burroughs engaged in sexual acts with S.G. in Maryland and in the District of Columbia. Burroughs was a Metro bus driver at the time.

Burroughs thereafter introduced S.G. to prostitution by explaining the "rules" of prostitution, establishing the prices she should charge for various sex acts, and bringing her from Maryland to the District of Columbia "track," an area known for a high volume of prostitution in the 1500 block of Rhode Island Ave., N.E. Burroughs continued to transport S.G. into the District of Columbia from Maryland, for purposes of prostitution, until July 31, 2006, when she was

discovered by police in Takoma Park, Md., engaged in prostitution in a vehicle. S.G. was 15 years old at the time. Burroughs had rented a hotel room at the Budget Inn, on New York Ave., N.E., for S.G. to use. S.G. had performed oral sex on Burroughs in his 1995 Range Rover in a Metro bus parking lot before Burroughs began his shift.

Burroughs also arranged "dates" for S.G. with his friends and acquaintances. In the fall of 2005, he brought her from Maryland into the District of Columbia to engage in a sexual act with his friend, Michael Malloy, a United States Capitol Police Officer. They drove in Burroughs's 2000 Chevrolet Monte Carlo to a location near the Capitol to meet Malloy, then S.G. performed oral sex on Malloy in Burroughs's car in exchange for money.

S.G. engaged in sexual acts with Malloy on two other occasions, both at Malloy's house in Charles County, Maryland. Both times, Burroughs took S.G. to Malloy's house, and both times, Burroughs and Malloy videotaped S.G. engaging in numerous different sexual acts with both men. The videotape of S.G. engaging in sexual acts, including vaginal and oral sex, was subsequently seized by FBI investigators during the execution of a search warrant at Malloy's residence.

After S.G. was arrested engaged in prostitution on July 31, 2006, S.G. called Burroughs several times. During the phone calls, which were recorded, S.G. indicated that she had been released after having been arrested, and that she was at the hotel and needed to get her things and get a ride. Burroughs told her that he had already retrieved her things, and that he would come and get her.

Burroughs was arrested when he pulled into the Budget Inn parking lot in his Range Rover.

Aaron J. Burroughs, being more than 4 years older than S.G., knowingly and intentionally engaged in sexual acts with S.G. when she was 14 and 15 years of age. Burroughs transported S.G. from Maryland to the District of Columbia for purposes of prostitution, knowing that S.G. was under the age of 18. Burroughs also engaged in sexual acts with S.G., and caused S.G. to engage in sexual acts with another, for the purpose of producing a videotape of such sexual acts using equipment that had been transported in interstate commerce. In addition, Burroughs used his 1995 Land Rover Range Rover and his 2000 Chevrolet Monte Carlo to facilitate sexual acts with S.G. and to transport her for purposes of prostitution and other sexual activity.

|  |  |
|---|---|
| _____<br>ROD J. ROSENSTEIN,<br>UNITED STATES ATTORNEY<br>DISTRICT OF MARYLAND | _____<br>JEFFREY A. TAYLOR,<br>UNITED STATES ATTORNEY<br>DISTRICT OF COLUMBIA |
| By: _____<br>MICHELE SARTORI,<br>Assistant United States Attorney<br>District of Maryland | By: _____<br>MARY B. McCORD,<br>Assistant United States Attorney<br>District of Columbia |

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of the Offense.  Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense.

Date:_____

                      AARON J. BURROUGHS
                      Defendant

I have discussed this Statement of the Offense with my client, Mr. Burroughs.  I concur with his decision to stipulate to this Statement of the Offense.

Date: _____

                      SPENCER M. HECHT
                      Attorney for the Defendant

Date: _____

                      KEVIN MCCANTS,
                      Attorney for the Defendant