THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

        v.                              :          Criminal No.: 07-126(RJL)
                                            <u>UNDER SEAL</u>
AARON J. BURROUGHS               :

              <u>ENTRY OF APPEARANCE</u>

**FILED**

**AUG 2 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MADAME CLERK:

    Please enter the appearance of Spencer M. Hecht, and the law firm of Hecht & Associates, on behalf of the Defendant, Aaron J. Burroughs, in the above-captioned matter. Thank you.

                      Respectfully Submitted,

                      HECHT & ASSOCIATES

                      _____
                      Spencer M. Hecht (Bar #484059)
                      801 Wayne Avenue
                      Suite 400
                      Silver Spring, Maryland 20910
                      P: (301) 587-2099
                      F: (301) 587-2044
                      Counsel for Defendant

**RECEIVED**

AUG 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2007, I sent the foregoing "Entry of Appearance" via U.S. Mail, first-class postage pre-paid to:

Mary B. McCord, Esq.
Office of the United States Attorney
555 4th Street
Washington, D.C. 20004

_____
Spencer M. Hecht