IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           (Sealed Case)

                                                  HEARING REQUESTED
                                                  Criminal # 07-126 (RJL)

v.

AARON J. BURROUGHS                           **FILED**

                                                    NOV - 5 2007

                                             NANCY MAYER WHITTINGTON, CLERK
                                                 U.S. DISTRICT COURT

## MOTION FOR CHANGE OF CONDITIONS OF RELEASE AND SUPPORTING MEMORANDUM OF POINTS OF AUTHORITITES

Mr. Aaron J. Burroughs, by and through the undersigned counsel, motions this Honorable Court for an Order changing of his conditions of release[1] pending sentencing to electronic monitoring including self-surrender to the custody of the Bureau of Prisons in the event the defendant is sentence to a prison term, 18 USC Section 3143 having satisfied the heavy burden of the statute through extra-ordinary assistance to the government and early acceptance of responsibility and the *Federal Sentencing Guidelines*. The defense requests a hearing.

---

[1]. Government counsel opposes pre-sentence release for Mr. Burroughs.

## BACKGROUND

1. This case was originally charged in DC Superior court as a single count of first-degree by the government and the government "ran wild" with this matter filing a six count indictment in federal district court including sex trafficking of children in violation of 18 USC §1591, transportation of a minor to engage in prostitution in violation of 18 USC §2423(a), first degree child sexual abuse in violation of 22 D.C. Code §3008, first degree child sexual abuse with aggravating circumstances in violation of 22 D.C. Code §3020, and two criminal forfeiture charges as well as releasing press releases that lead to the national media platforms such as the Howard Stern Show, MSNBC, and the Washington Post on the premise that Mr. Burroughs was a volunteer high school football coach although now that the investigation has undoubtedly wrapped up by the FBI and US Attorney Office with his guilty plea no other victims, or involvement of other minors or adults in any sort of sex ring were found to exist, no paper trial[2] of hotel

---

[2] The facts are undisputed that the only one hotel room involved allegations of sex trafficking in the prosecution of Mr.Burroughs and the government has agreed to file an amended statement of facts in the Information file in this case that the Hotel room on New York Avenue in the District of Columbia where the defendant was arrested was not used as a source of prostitution. Actually, the defendant was lured back

receipts with the victim, S.G. Since his arrest, Mr. Burroughs redeeming qualities of his 13 years of service as a volunteer football coaching has not made not been recognized through the media and his character tarnished.

2. Defendant Burroughs seeks pre-trial release to spend time with his aging parents prior to starting any prison time. Mr. Burroughs has a close-knit family with local ties with his father living in Largo, Maryland and his mother in Crofton, Maryland with his availability to live in either home with 24-hour electronic monitoring making him a non-flight risk;

3. Defendant Burroughs has no criminal record and no firearms are charged in the instant offense and he otherwise is no danger to the community (18 USC Section 3143 (a)(2) states detention will not be ordered if the person is not likely to flee or pose a danger to the safety of any other person or the community if released.) The additional factors for release now are the full

---

to the hotel room by the police through the minor prostitute on the premise that she needed to get her bag out of the room. The defendant rented the room in his own name, did not provide the minor victim prostitute with a key to the room, and the facts are undisputed that he did not transport the minor to the district the date preceding the arrest when the hotel room was rented but rather received a call from the minor prostitute that she was at McDonald's in the district of Columbia, the defendants maintains he had sporadic contacts with victim up until the date of his arrest. The defendant's position is that he plead guilty to breaking federal sex laws with a minor but he never was her pimp as portrayed in the media inasmuch as she acted independent and the money flowed the wrong in that he regularly was charged for sex with S.G. although on occasion he did receive gas money in exchange for driving her different places sometimes to engage in prostitution and a lot of legitimate places just because they were "friends" and she needed or requested a ride somewhere.

investigation by law enforcement and Mr. Burroughs extra ordinary cooperation.

4. Defendant cooperation efforts lead to the arrest and conviction of a US Capitol Police officer Michael Malloy in federal district court in Greenbelt. Mr. Burroughs did testify in the grand jury against Michael Malloy, and was subpoena to testify in the trial was never called as a witness.

5. Defendant Burroughs testified in the grand jury in the notorious "Georgetown Murders" in 2007.

6. Defendant Burroughs has also debriefed with the DEA and the FBI on multiple occasions about other major crimes he had information about as "jail house" confessions, international and domestic drug smuggling, child porn, and public corruption in the jail.

7. Sentencing is this matter is rapidly approaching: Mr. Burroughs is scheduled to be sentenced by this Court immediately after the holidays on January 16, 2007, limiting the defense request for less than two months of supervised or unsupervised release.

Therefore, the defense seeks pre-sentence release for the forgiven reasons and under United States v. Watson, 423 U.S. 411 (1976) on

the premise that Mr. Burroughs would be more accessible to counsel in preparing for sentencing of this case with complex social science factors.

Respectfully submitted,

Kevin McCants
Counsel for Aaron Burroughs

Kevin McCants
Bar #493979
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
202.742.6540 (telephone)
202.330.5155 (fax)
mccantsk@aol.com (email)

### Certificate of Service

Under penalty of perjury, I affirm that a copy of the defense motion for change of conditions of release was sent electronically to the assigned AUSA Mary McCord to Mary.McCord@usdoj.gov on this 2d day of November 2007.

Kevin McCants