## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-126 (RJL)** |
| | : | |
| | : | **Under Seal** |
| **AARON J. BURROUGHS** | : | |
| | : | |
| **Defendant** | : | |

### JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, by and through undersigned counsel, hereby respectfully submit this joint motion to continue the sentencing hearing presently scheduled for January 16, 2008, at 10:00 a.m.  In support thereof, the parties state the following:

1.      Sentencing in this case is scheduled for January 16, 2008, at 10:00 a.m.

2.      The United States Office of Probation has yet to complete the Presentence Investigation Report (PSR), which was ordered at the last status hearing.  To date, neither party has been contacted by the Office of Probation to participate in the preparation of the PSR.

3.      The parties would like the opportunity to read the PSR before submitting memoranda in aid of sentencing to the Court.

4.      The parties are available any day the week of May 12, 2008, for sentencing, which date should allow enough time for the completion of the PSR and submission of sentencing memoranda.

5.      In light of the circumstances, neither party would be prejudiced by a continuance of the sentencing hearing.

WHEREFORE, for the foregoing reasons, the parties respectfully request this Court to continue the sentencing in the above-captioned matter to any date the week of May 12, 2008, or another date convenient to the Court and counsel.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| SPENCER M. HECHT | JEFFREY A. TAYLOR, |
| Hecht and Associates | UNITED STATES ATTORNEY |
| D.C. Bar # 484059 | DISTRICT OF COLUMBIA |
| 801 Wayne Ave., Suite 400 | |
| Silver Spring, MD 20910 | By:      _____/s/_____ |
| 301-587-2099 | MARY B. McCORD, |
| Counsel for Defendant | Assistant United States Attorney |
| | D.C. Bar No. 427563 |
| | 555 4th Street, N.W., Rm 8249 |
| | Washington, D.C. 20530 |
| | 202-514-7092 |

_____/s/_____

KEVIN McCANTS
McCants & Grigsby Law Offices
D.C. Bar # 493979
1001 Pennsylvania Ave., N.W., Suite 600
Washington, D.C.  20004
202-742-6540
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Joint Motion was served by electronic mail on counsel for the defendant, Spencer M. Hecht, Esq., Hecht & Associates, 801 Wayne Ave., Suite 400, Silver Spring, MD 20910, and Kevin McCants, Esq., McCants & Grigsby Law Offices, 1001 Pennsylvania Ave., N.W., Suite 600-South, Washington, D.C. 20004, this 9th day of January, 2008.

/s/

_____

MARY B. McCORD
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-126 (RJL)** |
| | : | |
| | : | |
| **AARON J. BURROUGHS** | : | |
| | : | |
| **Defendant** | : | |

_____ **ORDER**

      WHEREUPON, having considered the Joint Motion to Continue Sentencing, and the

reasons therefore, it is this _____ day of _____, 2008, hereby

      ORDERED, that the Motion is  hereby GRANTED, and the sentencing hearing is

scheduled for _____, 2008, at _____.


Date:_____          _____
                                 Richard J. Leon
                                 United States District Judge

cc:     Mary B. McCord
        Assistant United States Attorney
        555 Fourth Street, N.W., Room 8249
        Washington, D.C. 20350

        Spencer M. Hecht
        Hecht and Associates
        801 Wayne Ave., Suite 400
        Silver Spring, MD 20910

        Kevin McCants
        McCants and Grigsby Law Offices
        1001 Pennsylvania Ave., N.W., Suite 600
        Washington, D.C.  20004