FILED
JAN 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
v.                             :       Criminal No. 07-126 (RJL)
                               :
                               :
AARON J. BURROUGHS             :
                               :
Defendant                      :

### ORDER

WHEREUPON, having considered the Joint Motion to Continue Sentencing, and the reasons therefore, it is this 14th day of January, 2008, hereby

ORDERED, that the Motion is hereby GRANTED, and the sentencing hearing is scheduled for May 14, 2008, at 11 AM.

Sentencing Memo's Due - 5-7-08. (WHB)

Date: 1/14/08

Richard J. Leon
United States District Judge

cc:   Mary B. McCord
      Assistant United States Attorney
      555 Fourth Street, N.W., Room 8249
      Washington, D.C. 20350

      Spencer M. Hecht
      Hecht and Associates
      801 Wayne Ave., Suite 400
      Silver Spring, MD 20910

      Kevin McCants
      McCants and Grigsby Law Offices
      1001 Pennsylvania Ave., N.W., Suite 600
      Washington, D.C. 20004