ECF

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
May 07, 2008

UNITED STATES OF AMERICA

V.                                      Criminal No. 7-126

AARON BURROUGHS                         SEALED

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET FOR: SENTENCE
DATE:         5/19/08
TIME:         11:00 A.M.
JUDGE:        RICHARD LEON

COURTROOM:  No. 18  -  SIXTH  Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:  Chambers            By: _____ Linda Romero  (202)354-3166 _____
     File                              Deputy Clerk
     Courtroom Clerk
     Probation Office
     Counsel of record