UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **UNDER SEAL** |
| : | |
| v. : | Criminal No. 07–126 (RJL) |
| : | |
| AARON J. BURROUGHS : | |
| : | |
| Defendant : | |

**GOVERNMENT'S MOTION TO UNSEAL
THE PLEADINGS, RECORDS, AND PROCEEDINGS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to unseal the proceedings, records, and files in this case, including all sealed pleadings, except for the Addendum to Government's Memorandum in Aid of Sentencing, filed under seal herewith. In support of this motion, the government states as follows:

The defendant in this case waived indictment and entered a plea of guilty, under seal, to one count of exploitation of children, in violation of 18 U.S.C. § 2251(a) (transferred from the United States District Court for the District of Maryland pursuant to Rule 20(a) of the Federal Rules of Criminal Procedure), one count of transportation of a minor to engage in prostitution, in violation of 18 U.S.C. § 2423(a), and first-degree child sexual abuse, in violation of D.C. Code § 22-3008. Before his plea, the proceedings were sealed because the plea agreement, information, and related pleadings contained sensitive information, the disclosure of which would not be in the interest of the defendant, the government, or the public.

As part of his plea agreement, the defendant agreed to cooperate with the government. At this point, the defendant's cooperation has been completed and there is no longer any ongoing

criminal investigation that could be compromised by the unsealing of the records, files, and proceedings in this case. The government submits that public disclosure of the defendant's cooperation is no longer likely to place the personal safety of the cooperating defendant and innocent third parties at substantial risk; cause prospective witnesses, including the cooperating defendant, to be deterred from testifying or to be less likely to provide truthful testimony to the grand jury or at trial; or cause potential witnesses to destroy documents and other evidence. Accordingly, pursuant to <u>Washington Post v. Robinson</u>, 935 F.2d 282, 290 (D.C. Cir. 1991), no "compelling interest" would be served by continuing to maintain the case records, files, proceedings, and pleadings under seal.

    WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

*Jeffrey A. Taylor/mbm*
JEFFREY A. TAYLOR,
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA

By: _____
MARY B. MCCORD,
Assistant United States Attorney
D.C. Bar No. 427563
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7092
mary.mccord@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing government's Motion to Unseal has been sent by mail, first-class postage prepaid, and electronic mail, to counsel for Aaron J. Burroughs, as follows, this 7th day of May, 2008:

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C. 20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com

                                                  _____
                                                  MARY B. MCCORD
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-126 (RJL) |
| | : | |
| AARON J. BURROUGHS | : | |
| | : | |
| Defendant | : | |

### ORDER

WHEREUPON, having considered the Government's Motion to Unseal the Pleadings, Records, and Proceedings, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Government's Motion is hereby GRANTED; and it is further

ORDERED that all records, files, proceedings, and pleadings in this case be unsealed, except for the Addendum to the Government's Memorandum in Aid of Sentencing, filed herewith under seal.

Date:_____                         _____
                                              Richard J. Leon
                                              United States District Judge

cc:   Mary McCord
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20350
      202-514-7092
      mary.mccord@usdoj.gov

-2-

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C. 20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com