CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
May 09, 2008

UNITED STATES OF AMERICA

V.                                              Criminal No. 7-126

AARON BURROUGHS                                 SEALED

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE RESET FOR: SENTENCE
DATE:            7/15/08
TIME:            11:00 A.M.
JUDGE:           RICHARD LEON

COURTROOM:   No. 18   -   SIXTH Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____Linda Romero  (202)354-3166_____
                Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      Probation Office
      Counsel of record