UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **UNDER SEAL** |
| | : | |
| v. | : | CRIMINAL NO. 07-126 (RJL) |
| | : | |
| AARON J. BURROUGHS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION
FOR PARTIAL LIFTING OF THE SEAL IN THIS MATTER**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves for a partial lifting of the seal in this matter so that the parties may obtain a transcript of the August 16, 2007, plea hearing held in this case. In support of this motion, government's counsel states as follows.

1. In order to prepare for defendant's sentencing, scheduled to be held on July 15, 2008, the parties need to obtain copies of the above transcript. Spencer M. Hecht and Kevin McCants have been retained to represent Mr. Burroughs. Mr. Hecht and Mr. McCants have authorized us to represent that he does not oppose this motion.

2. On May 7, 2008, the United States filed a Motion to Unseal the Pleadings, Records, and Proceedings in this matter. That

motion has not yet been ruled on by the Court.  In the interim, the United States respectfully requests that the Court authorize the Court Reporter to provide the parties with a copy of the August 16, 2007, transcript.  The transcript shall otherwise continue to remain under seal until further Order of this Court.  A proposed Order is attached.

      WHEREFORE, the United States respectfully requests that the Court grant this motion.

      Respectfully submitted

      JEFFERY A. TAYLOR
      <u>United States Attorney</u>.

by:       /s/_____
      MARY B. McCORD
      Assistant United States Attorney
      D.C. BAR NO. 427563
      555 4th Street, NW
      Washington, DC 20530
      (202) 514-7092

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing government's Unopposed Motion for Partial Lifting of the Seal in this Matter has been sent by mail, first-class postage prepaid, and electronic mail, to counsel for Aaron J. Burroughs, as follows, this 9th day of June, 2008:

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C.  20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com

                                                           /s/
                                          MARY B. MCCORD
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **UNDER SEAL** |
| | : | |
| v. | : | CRIMINAL NO. 07-126(RJL) |
| | : | |
| **AARON J. BURROUGHS,** | : | |
| | : | |
| Defendant. | : | |

<u>ORDER</u>

UPON CONSIDERATION of the United States' Unopposed Motion for Partial Lifting of the Seal in this Matter, it is by the Court, this _____ day of _____, 2008, hereby

ORDERED, that the motion is granted, and it is accordingly

FURTHER ORDERED that the Court Reporter shall provide to counsel for the United States and Defendant, for use at sentencing, a copy of the August 16, 2007, transcript in this case.  This Order, the transcript, and the record in this case shall otherwise continue to remain under seal until further Order of this Court.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

Mary B. McCord
Assistant U.S. Attorney
United States Attorney's Office
Room 8104
555 Fourth Street, N.W.
Washington, DC 20530

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C.  20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com