UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | UNDER SEAL |
| | : | |
| v. | : | CRIMINAL NO. 07-126 (RJL) |
| | : | |
| AARON J. BURROUGHS, | : | FILED |
| | : | |
| Defendant. | : | JUN 1 6 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

UPON CONSIDERATION of the United States' Unopposed Motion for Partial Lifting of the Seal in this Matter, it is by the Court, this 13th day of June, 2008, hereby

ORDERED, that the motion is granted, and it is accordingly

FURTHER ORDERED that the Court Reporter shall provide to counsel for the United States and Defendant, for use at sentencing, a copy of the August 16, 2007, transcript in this case. This Order, the transcript, and the record in this case shall otherwise continue to remain under seal until further Order of this Court.

HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Case 1:07-cr-00126-RJL    Document 20    Filed 06/16/2008    Page 2 of 4

Copies to:

Mary B. McCord
Assistant U.S. Attorney
United States Attorney's Office
Room 8104
555 Fourth Street, N.W.
Washington, DC 20530

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C.  20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com

**RECEIVED**
JUN 1 0 2008
JUDGE RICHARD LEON

**RECEIVED**
JUN - 9 2008
Clerk, U.S. District and
Bankruptcy Courts