UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

                        UNDER SEAL

     v.                    :

                        Criminal No.: 07-126 (RJL)

AARON J. BURROUGHS     :

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, the Defendant, Aaron J. Burroughs, (hereinafter "Defendant"), by and through undersigned counsel, and with the consent of the Government, respectfully requests this Honorable Court continue the sentencing hearing presently scheduled for July 15, 2008 at 11:00 in the above-captioned matter. In support thereof, the Defendant states the following:

1.      The Defendant is presently charged by Indictment with two (2) counts of First Degree Child Sex Abuse in violation of 22 D.C. Code §3008, one (1) count of Transportation of a Minor to Engage in Prostitution, in violation of 18 U.S.C. §2423(a), and one (1) count of Sex Trafficking of Children, in violation of 18 U.S.C. 1591(a). The Defendant is currently detained on a no bond status at the District of Columbia Correctional Treatment Facility ("CTF").

2.      The sentencing hearing is presently scheduled for July 15, 2008 at 11:00 before the Honorable Richard J. Leon.

3.      Regrettably, both of the Defendant's biological parents will be out-of-town and unavailable for the presently scheduled sentencing hearing. Specifically, the Defendant's mother will be in South Carolina between July 10, 2008 and July 20, 2008 for a family reunion. The Defendant's father will be in Georgia between July 14, 2008 and July 18, 2008 also for a family reunion. The Defendant's parents made these pre-paid arrangements after sentencing was originally set for May 14, 2008. The Court, *sua sponte*, continued the May 14, 2008 sentencing hearing to the presently scheduled date after the family reunion arrangements had been made.

4.      The Defendant maintains an extremely tight bond with both of his parents and expects to call at least one of them to testify as a character witness at sentencing.  He should not be prejudiced by his parents unavailability on the presently scheduled hearing date.

5.      Undersigned counsel has discussed the aforementioned conflict with Government counsel who indicated her consent to the request made herein.  Counsel for both parties are generally available in the month of August for the rescheduled hearing and would request that chambers coordinate a convenient date and time with all parties prior to final scheduling.

6.      The instant motion is not made for dilatory or tactical purposes and neither side would be prejudiced by the relief sought herein.

WHEREFORE, for the foregoing reasons, the Defendant, Aaron J. Burroughs, by and through undersigned counsel, and with the consent of the Government, respectfully requests this Honorable Court continue the presently scheduled sentencing hearing to a date and time convenient to the Court and the parties/counsel hereto.

Respectfully Submitted,

HECHT & ASSOCIATES

_____
Spencer M. Hecht (#484059)
801 Wayne Avenue
Suite 400
Silver Spring, Maryland 20910
P: (301) 587-2099
F: (301) 587-2044
Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June 2008, I sent the foregoing Consent

Motion to Continue Sentencing via U.S. Mail, first-class postage pre-paid to the following:

Mary B. McCord, Esq.
Office of the United States Attorney
555 4th Street
Room 8104
Washington, D.C. 20530

Kevin J. McCants, Esq.
McCants and Grigsby
1001 Pennsylvania, Avenue
Suite 600-S
Washington, D.C. 20004

_____
Spencer M. Hecht