CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
June 19, 2008

UNITED STATES OF AMERICA

V.                                                                    Criminal No.  07CR126 - SEALED

AARON BURROUGHS


## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   SENTENCING

DATE:   JULY 22, 2008

TIME:   11:00AM

JUDGE:   RICHARD J. LEON

COURTROOM:  No. __18__ - __6TH__ Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:   Chambers                           By: _____KENNETH J. COCKRELL_____
      File                                              Deputy Clerk
      Courtroom Clerk

      COUNSEL
      PRETRIAL