## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                        No. 07-cr-126 (RJL)

v.

Aaron Jamal Burroughs

### MOTION TO CONTINUE SENTENCING

NOW comes the defendant, Aaron J. Burroughs, by and through undersigned counsel, for an Order continuing the sentencing date to a date that counsel can attend the proceeding and for other reasons.

1. Counsel, Kevin McCants, is involved in a federal jury trial in Baltimore before the Honorable Chief Judge Benson Legg. Said trial began on May 19, 2008, and was anticipated to have ended by today's date. Nonetheless, the trial is now expected to continue July 25, 2008. Counsel has sought leave of court to the sentencing in the instant matter but has not been successful;

2. Defendant cannot proceed to sentencing without the presence of counsel.

**MEMORANDUM AND POINTS & AUTHORITIES**

3. Defendant Burroughs has pleaded guilty to three counts of the Indictment in this case.

4. The parties have stipulated to a plea agreement

5. Counsel has a Sixth Amendment Right to the counsel of his choice

6. Defendant's counsel is obligated by the court in another jurisdiction to attend a jury trial that began prior to the sentencing date in this matter. This delay was unforeseeable, inasmuch as the Baltimore trial was anticipated to conclude on July 11, 2008.

7. Counsel has spoken to government counsel, Mary McCord who has indicated that she is <u>unavailable</u> for possible continuance dates of July 28-August 1 and August 11-13, 2008.

WHEREFORE, for the forgiven reasons, defense counsel requests that the sentencing date of July 22, 2008, be vacated and a new sentencing date be set.

Respectfully submitted,

_____
Kevin McCants

Unified Bar # 493979
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.742.6540 (telephone)
202.330.5155

### Certificate of Service

I, Kevin McCants, certify that a true and correct copy of the attached Motion to Continue was sent electronically to the AUSA Mary McCord on this 19th day of July, 2008.

_____
Kevin McCants