Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )            Criminal No. 07-126 RJL
)
Aaron J. Burroughs )

## NOTICE OF APPEAL

Name and address of appellant: Aaron J. Burroughs
DCDC 311273
Correctional Treatment Facility (CTF)
1901 E Street, SE
Washington, DC 20003

Name and address of appellant's attorney:

FILED
AUG 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Offense: (1) 18 USC 2251(a) (2) 18 USC 2423(a) (3) 22 DC Code 3008

Concise statement of judgment or order, giving date, and any sentence:
On August 4, 2008, the Honorable Richard J. Leon sentenced Appellant to 192 months for 18 USC 2251(a), 192 months for 18 USC 2423(a), and 40 months for 22 DC Code 3008. All sentences to run concurrently.

Name and institution where now confined, if not on bail:
Correctional Treatment Facility (CTF) - 1901 E Street, SE, Washington DC 20003

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

8-7-08                           Aaron J Burroughs     pro se
DATE                             APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                      YES [ ]   NO [X]
Has counsel ordered transcripts?                            YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [X]